**Edward HOLLINS, Appellant,**

v.

**AXCET HR SOLUTIONS, INC., Defendant,**

**Division of Employment Security, Respondent.**

**No. WD 68028.**

Missouri Court of Appeals, Western District.

Oct. 23, 2007.

Larry Schumaker, Kansas City, MO, for Appellant.

Marilyn Green, Jefferson City, MO, for Respondent.

Before HOWARD, C.J., and BRECKENRIDGE [1] and ELLIS, JJ.

### Order

PER CURIAM.

Edward Hollins appeals the Labor and Industrial Relations Commission's denial of his application for unemployment compensation. Hollins argues that there was not substantial evidence to support the Commission's finding that Hollins had engaged in "misconduct" as defined by the Missouri statute. We hold that there was substantial evidence to support the Commission's decision and affirm the denial of benefits. Rule 84.16(b).

HOWARD, C.J., and BRECKENRIDGE and ELLIS, JJ. concurring.